# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rucker, Shelley D. | U.S. Bankruptcy Court - E.D.Tenn. | 07/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge Active | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

Historic United States Courthouse
31 E. 11th Street
Chattanooga
Tennessee 37402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 07/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Girls Preparatory School- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tennessee Bar Association | April 4-6, 2014 | Gatlinburg,Tennessee | Teaching at Bankruptcy Forum CLE Program | Hotel, Some Meals, and wiaver of attendance fee |
| 2. | Mid South Commercial Law Institute | Decmeber 5, 2014 | Nashville, Tennessee | Attendance at conference | Waiver of conference fee, Meals, Hotel |
| 3. | National Conference of Bankruptcy Judges | October 7-10 2014 | Chicago, Illinois | Attendance at conference and attendance at newsletter committee meeting | Hotel, Meals and Airfare |
| 4. | National Conference of Bankruptcy Clerks | July 17, 2014 | St. Louis, Missouri | Presented with a panel twice at the national meeting | Mileage and two tickets to Cardinals baseball game |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 07/23/2015 |

5.    Federal Judicial Center      June 24-27, 2014      Boston, Massachusetts      Attendance at CLE      Airfare, Hotel and Meals

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Accounts | A | Interest | L | T | | | | | |
| 2. Regions Bank Account | | None | J | T | | | | | |
| 3. United States Savings Bonds | B | Int./Div. | J | T | Redeemed (part) | 12/22/14 | K | D | |
| 4. IRA | D | Int./Div. | O | T | | | | | |
| 5. - Fidelity Freedom 2010 Fund | B | Dividend | L | T | | | | | |
| 6. -Fidelity Freedom 2020 Fund | A | Dividend | | | Sold | 11/17/14 | M | D | |
| 7. -Fidelity Core money market | A | Int./Div. | M | T | Distributed (part) | 11/19/14 | L | | |
| 8. | | | | | Distributed (part) | 12/03/14 | L | | |
| 9. | | | | | Distributed (part) | 12/05/14 | J | | |
| 10. -Fidelity Freedom 2030 | C | Dividend | M | T | Buy (add'l) | 12/03/14 | L | | |
| 11. -Fidelity Select Biotechnology | | None | M | T | | | | | |
| 12. -Fidelity Select Multimedia | A | Dividend | K | T | | | | | |
| 13. - Apple Inc. Common Stock | B | Dividend | M | T | Buy (add'l) | 11/19/14 | L | | |
| 14. - Taser International Stock | | | K | T | Buy | 12/05/14 | J | | |
| 15. Northwest Mutual Insurance Co. Whole Life Policy | B | Dividend | L | T | | | | | |
| 16. Massachusetts Mutual Whole Life Insurance Policy | A | Int./Div. | J | T | | | | | |
| 17. Girls Preparatory School 401(a) Plan TIAA CREF | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Girls Preparatory School 403(b) Plan TIAA CREF | | None | L | T | | | | | |
| 19. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Notes

Line 3  On December 22, 2014, series EE savings bonds jointly held with child were redeemed and funds were spent on education. Of the bonds redeemed, $11,699.80 was attributable to interest.

LInes 6-9 The Fidelity 2020 fund was sold and the proceeds were deposited in the Core Account. Funds from the Core Account were used to purchase additional shares in 2030 Fund, Apple Stock and Taser International Stock.

Lines 4-14   Fidelity statements regarding the 2010, 2020 and 2030 Funds and the Biotech and Multimedia Funds indicated that short term and long term gains were earned on the accounts and were reinvested in units of those funds respectively. These gains are included in year end values.  These transactions were part of the management of the fund and I have no further detail on what particular transactions within the funds produced the gains. The dividend income from these funds which was reflected in my statements is reflected.

Lines 17 and 18   Statement for Girls Preparatory School 402(A) DC Plan and 403(B) DC Plan do not reflect interest and dividends earned by the Investments composed of TIAA Traditional, CREF Stock, and CREF Growth. Increase in value level is the result of asset appreciation.

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 07/23/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shelley D. Rucker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544